1  GEORGE S. CARDONA
   Acting United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   KEVIN B. FINN
4  Assistant United States Attorney
   Calif. Bar No. 128072
5  E-mail:   kevin.finn@usdoj.gov
        Federal Building, Suite 7516
6       300 North Los Angeles Street
        Los Angeles, California 90012
7       Telephone:  (213) 894-6739
        Fax:              894-7327
8  Attorneys for Cross-Defendant
   United States Veterans Administration

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CALIFORNIA BUSINESS BUREAU INC, a California Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>PHILLIP C. LOWERS; AND DOE 1 THROUGH DOE 10, INCLUSIVE,<br><br>    Defendants.<br>_____<br>PHILLIP C. LOWERS,<br><br>    Cross-Complainant,<br><br>    v.<br><br>VETERANS HEALTH ADMINISTRATION, a Government Agency, Does 11-15,<br><br>    Cross-Defendants.<br>_____ | NO. SACV 10-0228 CJC (ANx)<br><br>[~~Proposed~~]<br>ORDER APPROVING STIPULATION DISMISSING CASE<br><br><br><br><br><br>Honorable Cormac J. Carney |

/ / /

1   The Court has considered the Stipulation to Dismiss Case the
2 parties filed.
3   THE COURT HEREBY ORDERS that the Stipulation to Dismiss Case
4 is approved and this case is dismissed in its entirety without
5 prejudice, including the cross-complaint, with each party to bear
6 its own costs and fees, including attorney fees.
7 DATED: March 4, 2010

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

2